BRANDON CALLIER 6336 FRANKLIN TRAIL DR. EL PASO, TX 79912

## AFFIDAVIT OF SERVICE

Client's File No.: _____
Civil Action No.: EP22CV0181
Date Filed: May 20, 2022

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Brandon Callier

Plaintiff(s)/Petitioner(s)

vs

Tax Defender LLC, et al.

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF RICHMOND, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 5-31-2022, at the following time: 9:24pm, deponent served the within at 104 Levit Ave., Staten Island, NY 10314

Summons in a Civil Action and Complaint; Civil Cover Sheet

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: Thomas Cahill

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** — By delivering to and leaving with "John Doe (Name refused) - Co-occupant" (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [X] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[X] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served in a depository maintained by the U.S.P.S., mailed by first-class mail to the above address on 6/1/2022

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1) _____ at _____   3) _____ at _____   5) _____ at _____
2) _____ at _____   4) _____ at _____   6) _____ at _____

**Description of Recipient**: Sex: Male   Color of skin: White   Color of hair: Red   Age: 31-39   Height: 5'7"-6'1"   Weight: 155-185 lbs   Other Features: _____

[ ] **Witness Fees** — advanced payment was made.

[X] **Military Service** — I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on 6/1/2022

NOTARY PUBLIC JENNIFER M. JULIANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JU6359013
Qualified in Richmond County
Commission Expires May 22, 2025

Gregory Naeder
25 Hyatt St., Ste. 302, Staten Island, NY 10301, #2081838-DCA
PROCESS SERVER LICENSE # 2099651
Work Order # 2027656

PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445