# **EXHIBIT 1**

A. April 8 2022 Audio Recording

B. April 21, 2022 Audio Recording

(flash drive containing Exhibit 1 A and B will be hand delivered to the District Clerk)