# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-21-CV-00181-FM |
| | § | |
| **TAX DEFENDER LLC** | § | |
| d/b/a TAX DEFENDER USA LLC, and | § | |
| **THOMAS CAHILL,** | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION AS MOOT

Before the court is "Defendants Tax Defender LLC and Thomas Cahill's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted" ("Motion") [ECF No. 9], filed July 21, 2022 by Tax Defender LLC and Thomas Cahill (collectively, "Defendants"). Therein, Defendants request the court dismiss Plaintiff Brandon Callier's complaint for failure to state a claim.[1] After due consideration of applicable law, the Motion is **DENIED AS MOOT**.

Amended complaints generally supersede original complaints and render them of no legal effect.[2] Plaintiff filed an amended complaint on August 3, 2022.[3] As the Motion relates to Plaintiff's original complaint, it, like Plaintiff's original complaint, no longer has legal effect.

---

[1] *See* "Defendants Tax Defender LLC and Thomas Cahill's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted" [ECF No. 9], filed July 21, 2022.

[2] *See King v. Dogan*, 21 F.3d 344, 346 (5th Cir. 1994).

[3] *See generally* "Plaintiff's First Amended Complaint" 1, ECF No. 10, filed Aug. 3, 2022.

1

Accordingly, it is **HEREBY ORDERED** that "Defendant's Motion to Dismiss" [ECF No. 9] is **DENIED AS MOOT**.

**SIGNED AND ENTERED** this <u>**9th**</u> day of **August 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**